

EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND FORENSIC IMAGING



**FILED**

**APR 22 2026**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TO THE HONORABLE COURT:

Plaintiff moves for immediate TRO under Fed. R. Civ. P. 65(b), preliminary injunction, and forensic imaging order.

1:26-cv-04557
Judge April M. Perry
Magistrate Judge Jeannice W. Appenteng
RANDOM / CAT.2

I. IMMEDIATE IRREPARABLE HARM

1. Epic EHR Metadata contains: (a) access logs showing Frazier/Rachael views of SANGIORGIO Letters; (b) audit trails of "no proxy" modifications; (c) Jane Doe (San Diego) authentication records; (d) medical certificate audit trail showing no contemporaneous examination; (e) Dr. Okeke discharge refusals.

2. Frazier/Rachael Communications (Outlook/Teams/Slack) regarding April 21–24, 2025 are subject to destruction absent immediate order.

3. Ambulance Service Records (Exhibit L) document 72-hour limit refusal.

4. Security incident reports, Haldol administration records, and de-escalation training materials related to the witnessed events described in Paragraphs 30–33 of the Complaint are subject to destruction or modification absent immediate preservation.

II. REQUESTED RELIEF

A. TRO (Rule 65(b)): Preserve all Epic EHR, Frazier/Rachael communications, security incident reports, Haldol administration logs, de-escalation training records, and billing records immediately; suspend automatic deletion; ex parte hearing if necessary; bond waived (IFP status).

B. Preliminary Injunction Hearing: Within 14 days; forensic imaging by neutral expert at Defendants' expense under Grochocinski v. Schlossberg, 402 F. Supp. 3d 816 (N.D. Ill. 2019).

C. Specific Preservation: Jane Doe (San Diego) shift records; medical certificate creation metadata; Frazier email receipts of SANGIORGIO Letters; Rachael internal Risk Management communications; security footage and incident reports from April 22–24, 2025; Haldol administration records for the restrained patient witnessed by Plaintiff.

WHEREFORE, Grant the TRO and set immediate hearing.

Respectfully submitted,

/s/ JOHN DOE

Association Brûler le Feu

Next Friend for John Doe

Date: April 20, 2026