**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

John Doe
                                        Plaintiff,

v.                                                      Case No.: 1:26–cv–04557
                                                        Honorable April M. Perry

The University of Chicago, et al.
                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 30, 2026:

      MINUTE entry before the Honorable April M. Perry: Status hearing held 4/30/2026. Plaintiff appears pro se and informs the court that Plaintiff has filed an amended complaint and paperwork documenting the need to proceed under a pseudonym with the Clerk's Office but that it has not yet been docketed. The Court will wait to screen the complaint and make any determination about the need to proceed under a pseudonym after having received and reviewed those filings. Plaintiff is informed that his application to proceed in forma pauperis [4] is incomplete, as it does not provide the Court with any indication as to how he is paying daily living expenses. Plaintiff's application [4] is therefore denied as incomplete, and Plaintiff is encouraged to submit an updated affidavit to provide in writing the information that he provided verbally to the Court. Any renewed application should be filed by 5/7/2026. Plaintiff's motion for appointment of "next friend" status [8] is denied, as Plaintiff acknowledges that the entity named in that application is actually Plaintiff. The next status hearing is set for 5/14/2026 at 10:00 a.m. in person in Courtroom 1725. If the Court is able to rule on the matters presented in the papers that Plaintiff files without requiring an in–person appearance, it will do so and strike the status date. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.