**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

John Doe

                         Plaintiff,

v.                                            Case No.: 1:26−cv−04557
                                            Honorable April M. Perry

The University of Chicago, et al.

                         Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 1, 2026:

      MINUTE entry before the Honorable April M. Perry: Plaintiff's application for leave to proceed in forma pauperis [15] is granted, as the application demonstrates indigence. Plaintiff's motions for preservation of records [7] [13] are denied, as Plaintiff has not demonstrated either a likelihood of success on the merits or that records from the University of Chicago from more than a year ago are imminently at risk of being destroyed if Plaintiff is denied injunctive relief. Plaintiff&#0;39;s motion to file sensitive exhibits under seal [14] is granted, to the extent Plaintiff has documents showing that Plaintiff is a victim of human trafficking who may have security concerns should his name be revealed on the public docket. Any such documents are to be filed under seal by 5/8/2026 to allow the Court to determine whether Plaintiff will be allowed to proceed under a pseudonym in this matter. The Court will wait to screen the complaint pursuant to 28 U.S.C. § 1915(e)(2) until the issue of Plaintiff's pseudonym is resolved. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.