**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

John Doe

                    Plaintiff,

v.                                         Case No.: 1:26–cv–04557

                                         Honorable April M. Perry

The University of Chicago, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 5, 2026:

      MINUTE entry before the Honorable April M. Perry: Plaintiff's motion for a consent decree [17] is denied. This case is in its very early stages, and the Court has made no findings that Plaintiff is entitled to relief on the merits. Moreover, the relief Plaintiff's motion requests includes system–wide policy and practice adoption by the University of Chicago, which would apply to all patients the University of Chicago Medical Center treats. However, Plaintiff has not alleged a class action, nor has he demonstrated that he personally is likely to visit the University of Chicago Medical Center again. Therefore, Plaintiff does not have standing to seek the type of injunctive relief requested. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.