**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

John Doe

                        Plaintiff,

v.                                                   Case No.: 1:26–cv–04557

                                                     Honorable April M. Perry

The University of Chicago, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 13, 2026:

      MINUTE entry before the Honorable April M. Perry: On 5/1/2026, this Court granted Plaintiff's motion to file documents under seal explaining the justification for him to proceed under a pseudonym in this litigation. [16] The Court instructed that any such documents needed to be filed under seal by 5/8/2026. Plaintiff has not filed anything since that order was entered. There is a strong presumption that the identity of litigants will be a matter of public record. The Seventh Circuit has noted a possible exception for cases involving allegations of sexual assault or that involve minors "or other particularly vulnerable parties." Doe v. Blue Cross & Blue Shield United of Wisconsin, 112 F.3d 869 (7th Cir. 1997). Plaintiff is not a minor, and this case does not involve allegations of sexual assault. Plaintiff seems to believe he is a vulnerable party, as the complaint in this matter claims that Plaintiff is a "certified victim of a severe form of trafficking in persons under the Trafficking Victims Protection Act." Doc. 10 at 6. But as best the Court can tell, any trafficking occurred years ago, outside of the United States. The defendants in this case, all associated with the University of Chicago Medical Center, are not human traffickers, nor does the case involve allegations of human trafficking. Rather, Plaintiff seems to be arguing that his past status as a crime victim entitles him to file litigation anonymously going forward. While the Court will allow Plaintiff to file relevant documents related to either his medical treatment or his human trafficking under seal, it does not agree that he is entitled to proceed anonymously based upon the record now available. Plaintiff must either file his name on the public docket or move to voluntarily dismiss this case by 5/20/2026. Failure to do either will result in dismissal of this case for failure to prosecute and failure to follow court orders. The Court strikes the status hearing set for 5/14/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.