## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

John Doe

                 Plaintiff,

v.                                           Case No.: 1:26–cv–04557

                                           Honorable April M. Perry

The University of Chicago, et al.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 19, 2026:

      MINUTE entry before the Honorable April M. Perry: Plaintiff's motion for reconsideration [20] is denied. The Court understands that Plaintiff believes that there is an "active and ongoing" trafficking network from which he escaped and which he fears has taken his partner. Doc. 20 at 3. To date, the Court has seen no evidence this is the case. Plaintiff acknowledges that "no United States authority has taken a missing–persons report or initiated a trafficking screening" related to the alleged missing partner. Doc. 20 at 6. Given this, the Court has seen no evidence that putting Plaintiff's name on the public docket would "actively compromise an ongoing missing persons investigation," id., or endanger anyone. Quite simply: Plaintiff and his partner have two different names, and are two different people. There is no need for Plaintiff's partner's name to be in the public record for Plaintiff to proceed with this case. Finally, with respect to the exhibits that Plaintiff filed showing that he was a trafficking victim, those refer to Plaintiff as "JC." Doc. 1 at 33–43. Still other documents refer to Plaintiff with the initials BAWD. Id. at 44, 51. However, the initials Plaintiff has provided to this Court are "VW," Doc. 15 at 1, which raises substantial questions in the Court's mind as to who, exactly, Plaintiff actually is. In any event, Plaintiff's partner's status as a potential human trafficking victim is not a reason to seal Plaintiff's identity. As for Plaintiff's complaint that he has no way to check the docket other than by inquiring with the Clerk's office, the docket shows Plaintiff's email address, and therefore he should be receiving all filings via email. The Court's previous order [19] is to stand, although the Court gives Plaintiff an extension of time to 5/27/2026 to determine whether he wants to proceed with this litigation with his name on the public docket. Plaintiff is to either file his name on the public docket or move to voluntarily dismiss the case by 5/27/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.